UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MY THI TRAN,<br><br>    Defendant. | No. CR05-152RSL<br><br>ORDER SEALING TRANSCRIPT OF SENTENCING PROCEEDING |

    The Court, having reviewed Defendant's "Motion to Seal Transcript of Sentencing Proceeding of My Thi Tran Had On September 20, 2006" (Dkt. #254) and deciding that there is good cause to seal portions of the transcript which contains the defendant's, victim's or another's sensitive information that, if disclosed, might result in physical harm to the defendant, victim or another person.

    For the foregoing reasons, IT IS HEREBY ORDERED that portions of the transcript of the sentencing proceeding on September 20, 2006 are hereby sealed in the manner indicated by the Court.

    DATED this 16th day of October, 2006

                                         */s/ Robert S. Lasnik*
                                         Robert S. Lasnik
                                         United States District Judge

ORDER SEALING TRANSCRIPT
OF SENTENCING PROCEEDING-1